IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



JOSEPH ALLEN,

                Plaintiff,

v.                            Action No. 3:08–CV–293

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

                Defendant.

## ORDER

THIS MATTER is before the Court on Joseph Allen's objections to the Report and Recommendation of Magistrate Judge Dennis W. Dohnal (Docket No. 12). For the reasons stated in the Memorandum Opinion accompanying this Order, Allen's objections are OVERRULED and the Court ADOPTS Magistrate Judge Dohnal's Report and Recommendation. Accordingly, Allen's Motion for Summary Judgment (Docket No. 9) is DENIED, Michael Astrue's Motion for Summary Judgment (Docket No. 11) is GRANTED, and Astrue's decision denying benefits to Allen is AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                  /s/
                                   James R. Spencer
                                   **Chief United States District Judge**

Entered this 30th day of March 2009